IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**EDWARD SPRAYBERRY**                                                                 **PLAINTIFF**

**VERSUS**                                                                **CIVIL ACTION NO. 2:06CV209-P-A**

**HARDEE'S FOOD SYSTEMS, INC.**
**d/b/a STORE NO. 1501578**                                                       **DEFENDANT**

## ORDER

This cause is before the Court on the plaintiff's Second Motion to Remand [13]. The Court, having reviewed the motion, the response, the briefs of the parties, the authorities cited and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion is not well-taken and should be denied for the reasons articulated in the defendant's response in opposition thereto. Accordingly,

IT IS, THEREFORE, ORDERED AND ADJUDGED that the plaintiff's Second Motion to Remand [13] is not well-taken and should be, and hereby is, DENIED

SO ORDERED, this the 18th day of October, 2007.

                                                            /s/ W. Allen Pepper, Jr.
                                                            W. ALLEN PEPPER, JR.
                                                            UNITED STATES DISTRICT JUDGE